IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FERNANDO MORALES AGUILAR,

     Petitioner,                         No. CIV S-07-2061 GEB KJM P

     vs.

FEDERAL COURT OF IMMIGRATION,

     Respondent.                    ORDER

_____/

     Petitioner, a federal detainee proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

     In accordance with the above, IT IS HEREBY ORDERED that:

     1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

/////

/////

1

1    2. The Clerk of the Court is directed to send petitioner a copy of the in forma
2 pauperis form used by this district.
3 DATED: October 26, 2007.

_____
U.S. MAGISTRATE JUDGE

6 /ke
agui2061.101a

2