IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FERNANDO MORALES AGUILAR,

      Petitioner,           No. CIV-S-07-2061 GEB KJM P

   vs.

FEDERAL COURT OF IMMIGRATION,   ORDER AND

      Respondent.         FINDINGS AND RECOMMENDATIONS

_____/

      Petitioner has filed documents seeking a writ of habeas corpus. Most of the documents filed by petitioner concern an ongoing criminal action proceeding against petitioner, 06-CR-0415 LKK, in which petitioner has counsel. Most of the information provided in the documents is unintelligible and there does not appear to be any basis for granting petitioner a writ of habeas corpus. To the extent petitioner seeks court action in his criminal case, he should advise his attorney in that case, on whom a courtesy copy of this document will be served.

      It is hereby ORDERED that a copy of this order be served on Dennis Waks, Federal Defender's Office.

      In accordance with the above, IT IS HEREBY RECOMMENDED that petitioner's application for writ of habeas corpus be dismissed.

/////

1

1   These findings and recommendations are submitted to the United States District
2  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
3  days after being served with these findings and recommendations, petitioner may file written
4  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
5  Findings and Recommendations."  Petitioner is advised that failure to file objections within the
6  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
7  F.2d 1153 (9th Cir. 1991).
8  DATED:  April 22, 2008.

_____
U.S. MAGISTRATE JUDGE

1
agui2061.dis